IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* KAMAL MUSTAFA AL-SULTAN, | ) ) ) | |
| Plaintiff/Relator, | ) ) | |
| v. | ) ) | CIVIL CASE NO. 1:05-CV-02968-TWT |
| THE PUBLIC WAREHOUSING COMPANY, K.S.C., *et al.*, | ) ) ) | |
| Defendants. | ) | |

### ORDER

Upon good cause having been shown, the Consent Motion for Extension of Filing Deadlines is granted. Defendant The Public Warehousing Company, K.S.C. ("PWC") shall have until July 18, 2016 to file an answer and/or motion(s) in response to the First Amended Complaint; the United States of America shall have until September 16, 2016 to file any response to PWC's answer and/or motion(s); and PWC shall have until October 17, 2016 to file any reply.

SO ORDERED, this the 3rd day of June, 2016.

/s/Thomas W. Thrash
The Honorable Thomas W. Thrash, Jr.
United States District Court Judge