# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* KAMAL MUSTAFA AL-SULTAN, | ) ) ) | |
| Plaintiff/Relator, | ) ) | |
| v. | ) ) | CIVIL CASE NO. 1:05-CV-02968-TWT |
| THE PUBLIC WAREHOUSING COMPANY, K.S.C., *et al.*, | ) ) ) ) | |
| Defendants. | ) | |

## CONSENT MOTION FOR EXTENSION OF FILING DEADLINES

COME NOW Defendants The Public Warehousing Company, K.S.C., The Sultan Center Food Products Company, K.S.C., Tarek Abdul Aziz Sultan Al-Essa, Charles Tobias Switzer, and Emad AlSaleh (collectively, "Defendants"), and Relator Kamal Mustafa Al-Sultan ("Relator"), and hereby request that this Court enter an order extending (1) the deadline for Defendants to file their answers and/or motions in response to Relator's Complaint, First Amended Complaint, and Second Amended Complaint (the "Complaints"); (2) the deadline for Relator to file any response(s) to Defendants' answers and/or motions; and (3) the deadline

1

for Defendants to file any replies.[1] Specifically, the parties respectfully request that the Court set the following agreed-upon deadlines: Defendants will file their answers and/or motions by August 22, 2016; Relator will file any response(s) by November 9, 2016; and Defendants will file any replies by December 9, 2016. Good cause exists for extending the deadlines in this fashion, for the reasons detailed below.

On May 12, 2016, the Court entered an Order granting Relator's Motion for Service by Alternative Means on Defendants Residing in Kuwait (the "Order"). (Dkt. 147.) Relator's counsel has informed counsel for all Defendants that Relator believes he has complied with the Order as to all Defendants. Over the course of subsequent communications among Defendants' counsel and Relator's counsel, the parties agreed that Defendants should have approximately 60 days to file their answers and/or motions responding to the Complaints, that Relator should have approximately 60 days thereafter to file any response, and that Defendants should

---

[1] Defendants are specially appearing here solely to seek entry of the proposed consent order regarding a briefing schedule. The filing of this consent motion does not constitute an admission that service has been proper, that this Court has jurisdiction over this case or any of Defendants, or that venue is proper. Defendants hereby expressly reserve, and do not waive, their right to bring motions to challenge the Court's jurisdiction and venue (as well as the adequacy of the pleadings) including, without limitation, motions under Federal Rules of Civil Procedure 12(b)(1)-(6) at a later time.

have approximately 30 days to file any replies.  Consequently, the parties agree that briefing should proceed according to the filing deadlines specified herein and in the Proposed Order attached to this motion.  The parties believe that this agreed-upon schedule will provide all parties with adequate time to address the complex issues raised by the Complaints.

WHEREFORE, the parties respectfully request that the Court continue the deadline for Defendants to file answers and/or motions in response to Relator's Complaints until August 22, 2016; the deadline for Relator to file any response(s) to Defendants' answers and/or motions until November 9, 2016; and the deadline for Defendants to file any replies until December 9, 2016.

Dated:  July 15, 2016	Respectfully submitted,

    s/ Richard Marmaro
    Richard Marmaro (admitted *Pro Hac Vice*)
    Cal. Bar No. 091387
    Matthew E. Sloan (admitted *Pro Hac Vice*)
    Cal. Bar No. 165165
    SKADDEN ARPS SLATE MEAGHER & FLOM LLP
    300 S. Grand Avenue, Suite 3400
    Los Angeles, California  90071-3144
    Telephone:   (213) 687-5000
    Facsimile:    (213) 687-5600

Dated:  July 15, 2016	Respectfully submitted,

s/ Kristin N. Tahler
Kristin N. Tahler (admitted *Pro Hac Vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California  90017
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Dated:  July 15, 2016	Respectfully submitted,

s/ Richard H. Deane, Jr.
Richard H. Deane, Jr.
Ga. Bar No. 214875
JONES DAY
1420 Peachtree Street, N.E., Suite 800
Atlanta, Georgia  30309-3053
Telephone:  (404) 521-3939
Facsimile:   (404) 581-8330

Attorneys for Defendants
The Public Warehousing Company, K.S.C. and
Tarek Abdul Aziz Sultan Al-Essa

Dated:  July 15, 2016	Consented to by:

s/ Anthony L. Cochran
Anthony L. Cochran
Ga. Bar No. 172425
John D. Dalbey
Ga. Bar No. 003150
CHILIVIS, COCHRAN, LARKINS & BEVER, LLP
3127 Maple Drive, NE
Atlanta, GA 30305
(404) 233-4171 (telephone)
(404) 261-2842 (facsimile)

alc@cclblaw.com
jdd@cclblaw.com

Attorneys for Defendant The Sultan Center Food Products Company, K.S.C.

Dated: July 15, 2016            Consented to by:

s/ William R. Mitchelson, Jr.
William R. Mitchelson, Jr.
Ga. Bar No. 513811
T.C. Spencer Pryor
Ga. Bar No. 589251
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
(404) 881-7000 (phone)
(404) 881-7777 (fax)

Attorneys for Defendant Charles Tobias Switzer

Dated: July 15, 2016            Consented to by:

s/ Michael Kendall
Michael Kendall
Yakov Malkiel
WHITE & CASE LLP
75 State Street
Boston, Massachusetts 02109-1814
Telephone: (617) 979-9300
Facsimile: (617) 979-9301

Attorneys for Defendant Emad AlSaleh

Dated: July 15, 2016	Consented to by:

s/ Raymond L. Moss
Raymond L. Moss
Georgia Bar No. 526569
MOSS & GILMORE LLP
Suite 1025
Atlanta, Georgia 30326
Telephone: (678) 381-8600
Facsimile No. (815) 364-0515
Email: rlmoss@mossgilmorelaw.com

Attorneys for Relator Kamal Mustafa Al-Sultan

# LOCAL RULE 5.1 CERTIFICATION

I hereby certify that this document has been prepared in Times New Roman 14-point font in accordance with Local Rule 5.1.

Dated:  July 15, 2016          Respectfully submitted,

                               s/ Richard Marmaro
                               Richard Marmaro

                               Attorneys for Defendants
                               The Public Warehousing Company, K.S.C. and
                               Tarek Abdul Aziz Sultan Al-Essa

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day I have caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filings to all counsel of record.

This 15th day of July, 2016.

s/ Richard Marmaro
Richard Marmaro