IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* KAMAL MUSTAFA AL-SULTAN, | ) ) ) | |
| Plaintiff/Relator, | ) ) | |
| v. | ) ) | CIVIL CASE NO. 1:05-CV-02968-TWT |
| THE PUBLIC WAREHOUSING COMPANY, K.S.C., *et al.*, | ) ) ) | |
| Defendants. | ) | |

**DEFENDANT THE PUBLIC WAREHOUSING COMPANY, K.S.C.'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT IN INTERVENTION OF THE UNITED STATES OF AMERICA, PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 9(b), 12(b)(5), AND 12(b)(6)**

COMES NOW Defendant The Public Warehousing Company, K.S.C., a/k/a Agility ("PWC"), specially appearing by and through its counsel, and hereby submits this Motion to Dismiss the First Amended Complaint in Intervention of the United States of America, Pursuant to Federal Rules of Civil Procedure 9(b), 12(b)(5), and 12(b)(6).[1]  This motion is based on the attached memoranda of law,

---

[1] PWC is specially appearing here solely to seek dismissal of this action. The filing of this motion does not constitute an admission that service has been proper

1

the declarations and exhibits attached thereto, and any evidence or argument that may be presented at a hearing on this matter.

Dated:  July 18, 2016                    Respectfully submitted,

s/ Richard Marmaro

| | |
|---|---|
| Clifford M. Sloan | Richard Marmaro (admitted *Pro Hac Vice*) |
| (admitted *Pro Hac Vice*) | Cal. Bar No. 091387 |
| DC Bar No. 417339 | Matthew E. Sloan (admitted *Pro Hac Vice*) |
| SKADDEN ARPS SLATE | Cal. Bar No. 165165 |
| MEAGHER & FLOM | SKADDEN ARPS SLATE MEAGHER & FLOM LLP |
| 1440 New York Ave., NW | 300 S. Grand Avenue, Suite 3400 |
| Washington, DC  20005 | Los Angeles, California  90071-3144 |
| Telephone:  (202) 371-7000 | Telephone:  (213) 687-5000 |
| Facsimile:   (202) 393-5760 | Facsimile:   (213) 687-5600 |

Dated:  July 18, 2016                    Respectfully submitted,

s/ Kristin N. Tahler

| | |
|---|---|
| Lauren Weeman Misztal | Kristin N. Tahler (admitted *Pro Hac Vice*) |
| (*Pro Hac Vice* pending) | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | 865 S. Figueroa St., 10th Floor |
| 777 6th Street, N.W. | Los Angeles, California 90017 |
| 11th Floor | Telephone:  (213) 443-3000 |
| Washington, D.C. 20001 | Facsimile:   (213) 443-3100 |
| Telephone:  (202) 538-8000 | |
| Facsimile:   (213) 443-3100 | |

---

or that this Court has jurisdiction over this case or PWC.  Although PWC will continue to specially appear until this motion is resolved, for the Court's convenience, PWC will not repeat this statement of special appearance in future briefing on this motion.

2

Dated:  July 18, 2016

Respectfully submitted,

<u>s/ Richard H. Deane, Jr.</u>
Richard H. Deane, Jr.
Ga. Bar No. 214875
Lucas W. Andrews
Ga. Bar No. 019533
JONES DAY
1420 Peachtree Street, N.E., Suite 800
Atlanta, Georgia  30309-3053
Telephone:  (404) 521-3939
Facsimile:   (404) 581-8330

Attorneys for Defendant
The Public Warehousing Company, K.S.C.

## **LOCAL RULE 5.1 CERTIFICATION**

I hereby certify that this document has been prepared in Times New Roman 14-point font in accordance with Local Rule 5.1.

Dated:  July 18, 2016           Respectfully submitted,

                                s/ Richard Marmaro
                                Richard Marmaro

                                Attorney for Defendant
                                The Public Warehousing Company, K.S.C.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day I have caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filings to all counsel of record.

This 18th day of July, 2016.

                                                   s/ Richard Marmaro
                                                   Richard Marmaro