# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* KAMAL MUSTAFA AL-SULTAN, | ) ) ) | |
| Plaintiff/Relator, | ) ) | |
| v. | ) ) | CIVIL CASE NO. 1:05-CV-02968-TWT |
| THE PUBLIC WAREHOUSING COMPANY, K.S.C., *et al.*, | ) ) ) | |
| Defendants. | ) | |

## DEFENDANT THE PUBLIC WAREHOUSING COMPANY, K.S.C.'S MOTION TO TRANSFER VENUE TO THE EASTERN DISTRICT OF PENNSYLVANIA, PURSUANT TO 28 U.S.C. § 1404(a)

COMES NOW Defendant The Public Warehousing Company, K.S.C., a/k/a Agility ("PWC"), specially appearing by and through its counsel, and hereby submits this Motion to Transfer Venue to the Eastern District of Pennsylvania, Pursuant To 28 U.S.C. § 1404(a).[1]  This motion is based on the attached

---

[1] PWC is specially appearing here solely to seek transfer of venue to the Eastern District of Pennsylvania, pursuant to 28 U.S.C. § 1404(a).  The filing of this motion does not constitute an admission that service has been proper or that this Court has jurisdiction over this case or PWC.  Although PWC will continue to specially appear until this motion is resolved, for the Court's convenience, PWC

*(cont'd)*

1

memorandum of law, the declarations and exhibits attached thereto, and any evidence or argument that may be presented at a hearing on this matter.

Dated: July 18, 2016          Respectfully submitted,

s/ Richard Marmaro
Richard Marmaro (admitted *Pro Hac Vice*)
Cal. Bar No. 091387
Matthew E. Sloan (admitted *Pro Hac Vice*)
Cal. Bar No. 165165
Emily Ludmir Aviad (admitted *Pro Hac Vice*)
Cal. Bar No. 251995
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
300 S. Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

Dated: July 18, 2016          Respectfully submitted,

s/ Kristin N. Tahler
Kristin N. Tahler (admitted *Pro Hac Vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

---

*(cont'd from previous page)*
will not repeat this statement of special appearance in future briefing on this motion.

Dated: July 18, 2016

Respectfully submitted,

s/ Richard H. Deane, Jr.
Richard H. Deane, Jr.
Ga. Bar No. 214875
Lucas W. Andrews
Ga. Bar No. 019533
JONES DAY
1420 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309-3053
Telephone: (404) 521-3939
Facsimile: (404) 581-8330

Attorneys for Defendant
The Public Warehousing Company, K.S.C.

# **LOCAL RULE 5.1 CERTIFICATION**

I hereby certify that this document has been prepared in Times New Roman 14-point font in accordance with Local Rule 5.1.

Dated: July 18, 2016    Respectfully submitted,

s/ Richard Marmaro
Richard Marmaro

Attorney for Defendant
The Public Warehousing Company, K.S.C.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day I have caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filings to all counsel of record.

This 18th day of July, 2016.

s/ Richard Marmaro
Richard Marmaro