# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* KAMAL MUSTAFA AL-SULTAN, | ) ) ) | |
| Plaintiff/Relator, | ) ) | |
| v. | ) ) | CIVIL CASE NO. 1:05-CV-02968-TWT |
| THE PUBLIC WAREHOUSING COMPANY, K.S.C., *et al.*, | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

Upon good cause having been shown, the Consent Motion for Extension of Filing Deadlines is granted. Defendants The Public Warehousing Company, K.S.C., The Sultan Center Food Products Company, K.S.C., Tarek Abdul Aziz Sultan Al-Essa, Charles Tobias Switzer, and Emad AlSaleh (collectively, "Defendants"), shall have until August 22, 2016 to file answers and/or motions in response to Relator Kamal Mustafa Al-Sultan's ("Relator") Complaint, First Amended Complaint, and Second Amended Complaint; Relator shall have until November 9, 2016 to file any response to Defendants' answers and/or motions; and Defendants shall have until December 9, 2016 to file any replies.

SO ORDERED, this the 25th day of July, 2016.

     **/s/Thomas W. Thrash**
     The Honorable Thomas W. Thrash, Jr.
     United States District Court Judge