# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* KAMAL MUSTAFA AL-SULTAN, ) ) ) | |
| Plaintiff/Relator, ) ) | CIVIL CASE NO. |
| ) | 1:05-cv-02968-TWT |
| v. ) ) | |
| THE PUBLIC WAREHOUSING COMPANY, K.S.C., *et al.*, ) ) ) | |
| Defendants. ) | |

## CONSENT MOTION TO EXTEND FILING DEADLINES
## (FOR DEFENDANT THE SULTAN CENTER FOOD PRODUCTS COMPANY, K.S.C.)

Defendant The Sultan Center Food Products Company, K.S.C. ("TSC" or "The Sultan Center") and the United States of America (the "government") hereby request that this Court enter an order extending (1) the deadline for TSC to file its answer and/or motion(s) in response to the First Amended Complaint, (2) the deadline for the government to file any response to TSC's answer and/or motion(s), and (3) the deadline for TSC to file any reply.[1]  Specifically, the parties respectfully request that the Court set the following agreed-upon deadlines:

---

[1] TSC states that it is specially appearing here solely to seek entry of the proposed consent order regarding a briefing schedule.  The filing of this consent motion does

- TSC will file its answer and/or motion(s) by August 8, 2016 [a Monday];

- The government will file any response by October 11, 2016 [the Tuesday of Yom Kippur]; and

- TSC will file any reply by November 11, 2016 [a Friday].

Good cause exists for extending the deadlines in this fashion, for the reasons detailed below, and no prejudice will result.

On July 8, 2016 this Court granted the parties Joint Motion establishing deadlines concerning responses to the United States' First Amended Complaint In Intervention. [Doc. 157.] The deadline for TSC to answer, move or otherwise respond was set for August 1, 2016. *Id*. Due to other pressing professional responsibilities, TSC's counsel has requested a one-week extension to all of the deadlines, and the government consents.

WHEREFORE, the parties respectfully request that the Court continue the deadline for TSC to file an answer and/or motion(s) in response to the First Amended

---

not constitute an admission that service has been proper, that this Court has jurisdiction over this case or TSC, or that venue is proper. TSC hereby expressly reserves, and does not waive, its right to bring motions to challenge service and/or the Court's jurisdiction and venue (as well as the adequacy of the pleadings) including, without limitation, motions under Federal Rules of Civil Procedure 12(b)(1)-(6) at a later time. The government takes no position with respect to these assertions at this time.

Complaint until August 8, 2016; the deadline for the government to file any response to TSC's answer and/or motion(s) until October 11, 2016; and the deadline for TSC to file any reply until November 11, 2016.

Dated:  July 27, 2016	Respectfully submitted,

<p style="margin-left:3em">
s/ Anthony L. Cochran<br>
Anthony L. Cochran<br>
Georgia Bar No. 172425<br>
John D. Dalbey<br>
Georgia Bar No. 003150<br>
CHILIVIS, COCHRAN, LARKINS & BEVER, LLP<br>
3127 Maple Drive, NE<br>
Atlanta, GA  30305<br>
(404) 233-4171 (telephone)<br>
(404) 261-2842 (facsimile)<br>
alc@cclblaw.com<br>
jdd@cclblaw.com<br>
<em>Attorneys for Defendant The Sultan Center Food Products Company, K.S.C.</em>
</p>

Dated:  July 27, 2016	Consented to by:

<p style="margin-left:3em">
s/ Amy L. Berne<br>
Amy L. Berne<br>
Assistant United States Attorney<br>
Office of United States Attorney<br>
Northern District of Georgia<br>
75 Ted Turner Drive, SW<br>
600 United States Courthouse<br>
Atlanta, GA  30303<br>
(404) 581-6261 (telephone)<br>
aberne@usa.doj.gov<br><br>
s/ Art J. Coulter<br>
Michal Tingle
</p>

- 4 -

        Patrick Klein
        Art J. Coulter
        Trial Attorney
        United States Department of Justice
        Civil Division, Fraud Section
        601 D Street, NW, Rm. 9734
        Washington, DC  20004
        (202) 307-0237 (telephone)
        michal.tingle@usdoj.gov
        patrick.klein2@usdoj.gov
        art.coulter@usdoj.gov

## STATEMENT OF COMPLIANCE

I hereby certify that the foregoing Consent Motion for Extension of Filing Deadlines has been prepared using 14-inch Times New Roman font, in accordance with LR 5.1C.

*s/ Anthony L. Cochran*

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2016, I electronically filed the foregoing Consent Motion for Extension of Filing Deadlines with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

*s/ Anthony L. Cochran*
Anthony L. Cochran
Georgia Bar No. 172425
CHILIVIS, COCHRAN, LARKINS & BEVER, LLP
3127 Maple Drive, NE
Atlanta, GA  30305
(404) 233-4171 (telephone)
(404) 261-2842 (facsimile)
alc@cclblaw.com

*Attorneys for Defendant The Sultan Center Food Products Company, K.S.C.*