# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* KAMAL MUSTAFA AL-SULTAN, ) ) ) | |
| Plaintiff/Relator, ) ) | CIVIL CASE NO. |
| v. ) ) ) | 1:05-cv-02968-TWT |
| THE PUBLIC WAREHOUSING COMPANY, K.S.C., *et al.*, ) ) ) ) | |
| Defendants. ) | |

## [ ORDER

Upon good cause having been shown, the Consent Motion for Extension of Filing Deadlines is granted. Defendant The Sultan Center Food Product Company, K.S.C. ("TSC") shall have until August 8, 2016 to file an answer and/or motion(s) in response to the First Amended Complaint; the United States of America shall have until October 11, 2016 to file any response to TSC's answer and/or motion(s); and TSC shall have until November 11, 2016 to file any reply.

SO ORDERED, this the 1st day of August, 2016.

**/s/Thomas W. Thrash**
The Honorable Thomas W. Thrash, Jr.
United States District Judge