# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* KAMAL MUSTAFA AL-SULTAN, <br><br> Plaintiff/Relator, <br><br> v. <br><br> THE PUBLIC WAREHOUSING COMPANY, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL CASE NO. <br> ) 1:05-CV-02968-TWT <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## THE SULTAN CENTER'S MOTION TO ADOPT CO-DEFENDANT CHARLES TOBIAS SWITZER'S MOTION AND BRIEF

COMES NOW Defendant The Sultan Center Food Products Company, K.S.C. ("TSC"), specially appearing by and through its counsel, and hereby submits this Motion to Adopt certain sections of Charles Tobias Switzer's Motion to Dismiss Relator Kamal Mustafa Al-Sultan's Second Amended Complaint and brief in support thereof (Docs. ___ and ___) filed on August 22, 2016 simultaneously with the filing of TSC's Motions and Briefs.[1]

---

[1] Because the Motion and Brief TSC seeks to adopt herein are being filed simultaneously with the instant Motion to Adopt, TSC will supplement its Motion to include docket citations to the Motion and Brief being adopted and link to their filing entries using the CM/ECF system upon re-filing.

The specific section being adopted from Mr. Switzer's Motion and Memorandum concerns:

(1) the Relator's failure to satisfy the pleading standards of Federal Rule of Civil Procedure 9(b), including on the issues of presentment, certification, materiality, and scienter.

TSC has standing to adopt Mr. Switzer's Motion and Brief in part because the legal basis for Mr. Switzer's Motion is the same, in many respects, as the basis for TSC's position on these designated issues. Moreover, by simply adopting and incorporating Mr. Switzer's Motion and Brief, the Court's docket is less cluttered with duplicative filings.

Dated:  August 22, 2016        Respectfully submitted,

            *s/ Anthony L. Cochran*
            Anthony L. Cochran
            Georgia Bar No. 172425
            John D. Dalbey
            Georgia Bar No. 003150
            CHILIVIS, COCHRAN, LARKINS & BEVER, LLP
            3127 Maple Drive, NE
            Atlanta, GA  30305
            (404) 233-4171 (telephone)
            (404) 261-2842 (facsimile)
            alc@cclblaw.com
            jdd@cclblaw.com

            *Attorneys for Defendant The Sultan Center*
            *Food Products Company, K.S.C.*

## STATEMENT OF COMPLIANCE

I hereby certify that the foregoing motion has been prepared using 14-inch Times New Roman font, in accordance with LR 5.1C.

*s/ Anthony L. Cochran*
Anthony L. Cochran

*Attorney for Defendant The Sultan Center Food Products Company, K.S.C.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2016, I electronically filed the foregoing THE SULTAN CENTER'S MOTION TO ADOPT CO-DEFENDANT CHARLES TOBIAS SWITZER'S MOTIONS AND BRIEFS with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

*s/ Anthony L. Cochran*
Anthony L. Cochran
Georgia Bar No. 172425
CHILIVIS, COCHRAN, LARKINS & BEVER, LLP
3127 Maple Drive, NE
Atlanta, GA  30305
(404) 233-4171 (telephone)
(404) 261-2842 (facsimile)
alc@cclblaw.com

*Attorneys for Defendant The Sultan Center Food Products Company, K.S.C.*