## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* KAMAL MUSTAFA AL-SULTAN, | ) ) ) | |
| Plaintiff/Relator, | ) ) | |
| v. | ) ) | CIVIL CASE NO. 1:05-CV-02968-TWT |
| THE PUBLIC WAREHOUSING COMPANY, K.S.C., *et al.*, | ) ) ) | |
| Defendants. | ) | |

## DEFENDANT TAREK ABDUL AZIZ SULTAN AL-ESSA'S MOTION TO ADOPT CO-DEFENDANT THE PUBLIC WAREHOUSING COMPANY, K.S.C.'S MOTION TO TRANSFER VENUE TO THE EASTERN DISTRICT OF PENNSYLVANIA, PURSUANT TO 28 U.S.C. § 1404(a)

Defendant Tarek Abdul Aziz Sultan Al-Essa ("Sultan"), by and through his counsel, hereby moves to adopt co-Defendant The Public Warehousing Company, K.S.C., a/k/a Agility's ("PWC") Motion to Transfer Venue to the Eastern District of Pennsylvania, Pursuant to 28 U.S.C. § 1404(a), and PWC's brief and other materials in support thereof (Dkt. 164), filed on July 18, 2016.

Relator Kamal Mustafa Al-Sultan ("Relator") filed the initial complaint in this action under seal on November 18, 2005, naming Mr. Sultan as well as PWC, The Sultan Center Food Products Company, K.S.C., and two other individuals as

defendants.  (*See* Dkt. 1.)  On November 13, 2009, the government officially intervened in this action (Dkt. 65), and subsequently filed its Complaint in Intervention and its First Amended Complaint in Intervention on January 5, 2011 and September 30, 2011, respectively.  (*See* Dkts. 71, 78.)  Neither of the government's complaints names Mr. Sultan as a defendant.  Nonetheless, Mr. Sultan has standing to file this motion because he remains a defendant in this action as a result of Relator's claims against him, and, accordingly, the legal and factual arguments raised by co-Defendant PWC in support of transferring this case to the Eastern District of Pennsylvania apply with equal force to him.

For the foregoing reasons, Mr. Sultan respectfully requests that the Court allow him to join in PWC's Motion to Transfer Venue to the Eastern District of Pennsylvania, Pursuant to 28 U.S.C. § 1404(a), and PWC's brief and other materials in support thereof (Dkt. 164), and to adopt the same as his own.

Dated:  August 22, 2016          Respectfully submitted,

s/ Richard Marmaro
Richard Marmaro (admitted *Pro Hac Vice*)
Cal. Bar No. 091387
Matthew E. Sloan (admitted *Pro Hac Vice*)
Cal. Bar No. 165165
Emily Ludmir Aviad (admitted *Pro Hac Vice*)
Cal. Bar No. 251995
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
300 S. Grand Avenue, Suite 3400
Los Angeles, California  90071-3144

2

Telephone:   (213) 687-5000
Facsimile:   (213) 687-5600

Dated:  August 22, 2016          Respectfully submitted,

s/ Kristin N. Tahler
Kristin N. Tahler (admitted *Pro Hac Vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California  90017
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Dated:  August 22, 2016          Respectfully submitted,

s/ Richard H. Deane, Jr.
Richard H. Deane, Jr.
Ga. Bar No. 214875
Lucas W. Andrews
Ga. Bar No. 019533
JONES DAY
1420 Peachtree Street, N.E., Suite 800
Atlanta, Georgia  30309-3053
Telephone:   (404) 521-3939
Facsimile:   (404) 581-8330

Attorneys for Defendants
The Public Warehousing Company, K.S.C., and
Tarek Abdul Aziz Sultan Al-Essa

3

## **LOCAL RULE 5.1 CERTIFICATION**

I hereby certify that this document has been prepared in Times New Roman 14-point font in accordance with Local Rule 5.1.

Dated:  August 22, 2016          Respectfully submitted,

s/ Richard Marmaro
Richard Marmaro

Attorney for Defendants
The Public Warehousing Company, K.S.C., and
Tarek Abdul Aziz Sultan Al-Essa

4

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this day I have caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filings to all counsel of record.

This 22nd day of August, 2016.

s/ Richard Marmaro
Richard Marmaro