UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* KAMAL MUSTAFA AL-SULTAN, | )<br>)<br>)<br>) |
| Plaintiff/Relator, | )<br>) |
| v. | ) Civil Case No. 1:05-CV-02968-TWT |
| THE PUBLIC WAREHOUSING COMPANY--K.S.C. d/b/a PWC LOGISTICS; THE SULTAN CENTER FOOD PRODUCTS COMPANY, K.S.C.; TAREK ABDUL AZIZ SULTAN AL-ESSA; CHARLES TOBIAS SWITZER; and EMAD ALSALEH, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## ORDER

Upon good cause having been shown, the Court hereby GRANTS the Consent Motion For Leave To File Brief In Support Of Relator's Response To Defendants The Public Warehousing Company, K.S.C. And Tarek Abdul Aziz Sultan Al-Essa's Motion To Dismiss In Excess Of Page Limits Under Local Rule 7.1

More specifically, Relator shall be permitted to file a brief of up to approximately 50 pages in support of his response to Defendants The Public Warehousing Company, K.S.C. And Tarek Abdul Aziz Sultan Al-Essa's Motion To Dismiss Relator's Complaint, First Amended Complaint, and Second Amended Complaint, pursuant to F.R.C.P. 9(b), 12(b)(1), and 12(b)(6).

SO ORDERED, this the  3rd  day of  November , 2016.


                                                               /s/Thomas W. Thrash
                                                            The Honorable Thomas W. Thrash, Jr.
                                                            United States District Court Judge